

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Richard Lynn Key, Appellant

No. 06-22-00090-CR      v.

The State of Texas, Appellee

Appeal from the 52nd District Court of Coryell County, Texas (Tr. Ct. No. 21-26855). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Richard Lynn Key, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 3, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk